Esther BAGALOO, Appellant,

v.

**NEW YORK CITY DEPARTMENT OF CORRECTIONS, Appellee.**

**Docket No. 01–9096.**

United States Court of Appeals, Second Circuit.

Aug. 13, 2002.

Esther Bagaloo, pro se, Brooklyn, NY, for Appellant.

Fay Ng, Assistant Corporation Counsel, New York, NY (Barbara G. Lifton, on the brief), for Appellee.

PRESENT: JACOBS, CABRANES, F.I. PARKER, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Esther Bagaloo appeals from the judgment of the United States District Court for the Eastern District of New York (Korman, Ch.J.), dismissing her claim brought under the Americans with Disabil-

ities Act ("ADA"), 42 U.S.C. § 12102(2), and declining to exercise supplemental jurisdiction over her New York State Human Rights Law claim. The district court found that Bagaloo was not disabled under the ADA, and Bagaloo's own account of her condition confirms that ruling. Accordingly, we affirm for substantially the reasons stated in Judge Korman's opinion. *See Esther Bagaloo v. New York City Department of Corrections,* 99–CV–1045 (E.D.N.Y. filed August 20, 2001).